

**MANDATE**

# Court of Appeals

# First District of Texas

NO. 01-14-00017-CV

MARK E. BIEDRYCK, Appellant

V.

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CREDIT SUISSE, FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY PASS-THROUGH CERTIFICATES, SERIES 2005-6, Appellee

Appeal from the 129th District Court of Harris County.  (Tr. Ct. No. 2013-01631).

**TO THE 129TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 12th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on October 7, 2013.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court orders that the appellant, Mark E. Biedryck, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 12, 2015.

Panel consists of Justices Jennings, Massengale, and Lloyd.
Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court

in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 23, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

